BENJAMIN HORWITZ, Respondent, *v.* JOSEPH L. KIRKWOOD, Appellant.

Supreme Court, Appellate Term, First Department, June 26, 1944.

*Julius L. Goldstein* for appellant.

*James O. Berlinger* and *Benjamin Horwitz* for respondent.

MEMORANDUM *Per Curiam.* The order appealed from is not appealable as of course, and it does not appear that permission

to appeal was given (N. Y. City Mun. Ct. Code, § 154; L. 1915, ch. 279).

The appeal should be dismissed, with ten dollars costs.

HAMMER, SHIENTAG and EDER, JJ., concur.

Appeal dismissed.